Case No. 21-mj-2007-JCB

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

I, Jason J. DeFreitas, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I am assigned to the Boston Field Office and have been employed by HSI since 2006. Prior to my assignment to the Boston Field Office, I was assigned to the HSI Los Angeles Field Office, where I served as a member of the Intellectual Property Rights Group. I am currently assigned to the Cyber Group.

2. In connection with my official duties, I have investigated and assisted other agents in investigating cases involving a wide variety of criminal violations including, but not limited to, fraud, intellectual property rights, cultural property theft, and child pornography. Prior to my employment with HSI, I served as a Customs and Border Protection Officer at the Los Angeles International Airport for approximately four years. My duties included the interception and examination of individuals and merchandise for violations of United States laws.

3. On June 30, 2020, Bryan C. Mileikis ("MILEIKIS"), year of birth 1987, was charged by criminal complaint with one count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A), and one count of Possession of Child Pornography in violation of 18 U.S.C. 2252A(a)(5)(B) (*see* 20-mj-07148-JCB). On August 13, 2020, a federal grand jury returned a two-count indictment charging MILEIKIS with the same two offenses (collectively, the "Subject Offenses").

4. This affidavit is made in support of an application for a search warrant pursuant to 18 U.S.C. § 2703(a) and Rule 41 of the Federal Rules of Criminal Procedure, requesting

authorization to search and seize the Tumblr account associated with the user name "clm870518," the profile URL "clm870518.tumblr.com," and the email address "clm8705@yahoo.com" (the "Subject Tumblr Account"), and other data associated with this particular account, as more fully described in Attachment A, which is incorporated herein by reference. A Tumblr account with this same username was found by HSI during forensic examination of an iPhone X that belonged to MILEIKIS. The iPhone X was seized by HSI on June 11, 2019, pursuant to federal search warrants (*see* 19-mj-7160-JCB, 19-mj-7161-JCB, and 19-mj-7162-JCB). As described herein, there is probable cause to believe that the Subject Tumblr Account contains contraband and evidence, fruits and instrumentalities of the Subject Offenses, which are more specifically described in Attachment B, which is incorporated herein by reference.

5.   The Subject Tumblr Account and relevant data is stored at the premises owned, maintained, and operated by Tumblr, located at 12E 49th Street, 11th floor, New York, New York, 10017.

6.   The statements contained in this affidavit are based in part on information provided by other law enforcement officials; written reports about this investigation; information gathered from the service of subpoenas; analysis by HSI agents/analysts and computer forensic professionals; my investigation of this matter; and my experience, training, and background as a Special Agent with HSI. Because this affidavit is submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the sufficient probable cause for the requested warrant.

7. Based on the facts as set forth in this affidavit, there is probable cause to believe that the information described in Attachment A contains contraband, evidence, fruits or instrumentalities of violations of 18 U.S.C. § 2252A, as described in Attachment B.

## TECHNICAL BACKGROUND ON TUMBLR

8. Tumblr is a social media website or a blogging website. Tumblr is also a social media, messaging, remote storage and electronic service provider. To use Tumblr, an individual can browse posts of other individuals as a guest, but are not allowed to post anything, or the individual can create an account to post images, GIFs (graphic image format), videos, music, text, links and other electronic media. To create an account on Tumblr, an individual creates a username and provides an email address. Once an individual creates a Tumblr account, the individual can select other users to follow. Tumblr's user interface provides its user with a dashboard, which shows all the posts of users that are followed. The Tumblr user's posts can be liked, shared and re-blogged. Tumblr also allows searching for particular interests by the use of keywords. Tumblr is utilized from mobile device or other larger electronics such as laptops or desktops. Once an account is created, users may also adjust various privacy and account settings for the account.

9. For each user, Tumblr also collects and retains information, called "log file" information, when a user requests access to Tumblr, whether through a web page or through an application ("app"). Among the log file information that Tumblr's servers automatically record is any IP address associated with the request. Tumblr also collects and records information about a user's web browser when the user interacts with its services, such as browser type and version, device type, operating system and version, language preference, the website or service that referred the user to the Tumblr service, the date and time of each request made to the service, screen display information, and information from any cookies that have been placed on the browser. Tumblr may

also detect whether a user is using certain web browser extensions and store that information associated with an account.

10. Tumblr collects information about content posted to Tumblr blogs, including information describing a camera used to take images posted, camera settings, or EXIF data embedded in photographs. Tumblr may keep records of such information.

11. Tumblr also collects information on the particular devices used to access Tumblr. In particular, Tumblr may record "device identifiers," which include data files and other information that may identify the particular electronic device that was used to access Tumblr.

12. Tumblr also collects and maintains "cookies," which are small pieces of data that are stored on a user's computer or mobile device when they browse the website and that allow Tumblr to collect information about how a user uses Tumblr.

13. Tumblr sometimes collects and stores information about where a user is located, such as by converting an IP address into a rough geolocation, or may ask a user to provide information about the user's location, for example to use geolocation information from a mobile device to "geotag" a post. Those "geotags" mark the location of a photo and may include latitude and longitude information, comments on photos, and other information.

14. Tumblr also may communicate with the user, by email or otherwise. Tumblr may preserve such communications.

15. It is my understanding that a Tumblr user's account activity, IP log, stored electronic communications, and other data retained by Tumblr can indicate who has used or controlled the Tumblr account. Further, Tumblr account activity can show how and when the account was accessed or used.

## STATEMENT OF PROBABLE CAUSE

16.     On or about July 30, 2020, Tumblr submitted a CyberTip Report ("CyberTip") to the National Center for Missing and Exploited Children ("NCMEC").[1]  Thereafter, on or about August 2020, NCMEC sent HSI's Cyber Crime Center ("HSI C3") the CyberTip submitted by Tumblr who reported that the Subject Tumblr Account had suspected child pornography.[2]  After receiving the report from Tumblr, NCMEC discovered similarities between the username of the Subject Tumblr Account and the username of the Kik account that triggered the underlying investigation into MILEIKIS by HSI-Boston.  As a result, HSI C3 then referred the CyberTip report concerning the Subject Tumblr Account to HSI-Boston.  On or about October 21, 2020, pursuant to 18 U.S.C § 2703(f), I submitted a preservation letter to Tumblr requesting that the company preserve records associated with the Subject Tumblr Account for a period of 90 days.

17.     By way of background, in April 2019, HSI became involved in the investigation of a user who was distributing a video depicting child pornography utilizing Kik Messenger.[3]  The Internet Protocol address utilized to distribute this video was resolved to MILEIKIS' residence in

---

[1] NCMEC is a private nonprofit corporation whose mission is to assist in the location of missing children, reduce child sexual exploitation, and prevent child victimization.  NCMEC operates various programs in pursuit of its mission, one of which is the CyberTipline. The CyberTipline provides online users and Electronic Service Providers ("ESP") a means of reporting internet-related child sexual exploitation.  Any ESP that is based in the United States is required by federal law to register with and report apparent child pornography to law enforcement via the CyberTipline.

[2] A CyberTipLine Report is a report of child exploitation received by NCMEC and shared with law enforcement agency/agencies.  Also, In the CyberTip, Tumblr provided a listing of postings created by the Subject Tumblr Account. Based on that information, Tumblr indicated that the earliest posting was created by the Subject Tumblr Account on October 14, 2018.

[3] Kik Messenger ("Kik") is a mobile application designed for chatting or messaging owned and operated at the time of the underlying investigation by Kik Interactive, Inc.  Once the application is downloaded and installed, the user is prompted to create an account and username.  The user also creates a display name, which is a name that other users see when transmitting messages back and forth.  Once the user has created an account, the user is able to locate other users via a search feature.  While messaging, users can then send each other text messages, images, and videos.

5

Bourne, Massachusetts.[4] As a result, on June 11, 2019, at approximately 6:00 p.m., HSI agents, with the assistance of local law enforcement, executed federal search warrants for MILEIKIS, his vehicle and his residence, located in Bourne, Massachusetts (*see* 19-mj-7160-JCB, 19-mj-7161-JCB, and 19-mj-7162-JCB). The affidavit submitted in support of the application for those search warrants, dated June 10, 2019, is attached hereto as Exhibit A and incorporated herein by reference.

18. Shortly before executing the search warrants on that date, MILEIKIS was observed walking from the open garage of the residence and into the front door of the residence. MILEIKIS and his mother were present at the home when agents executed the search warrant.

19. During the course of the search warrant, agents spoke with MILEIKIS' mother. Among other things, she confirmed that MILEIKIS has an iPhone X, and that his phone is a higher-level cell phone than her cell phone.[5]

20. During the execution of the search warrants, agents seized approximately six items, including an iPhone X ("iPhone X"). The iPhone X was found in the garage where MILEIKIS was observed by agents to walk out from. Agents also spoke with MILEIKIS on the back deck of

---

[4] An "Internet Protocol address" or "IP address," as used herein, refers to a unique numeric or alphanumeric string used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

[5] In the underlying investigation, HSI Boston received subscriber information for IP addresses used to access the Kik account that distribute child pornography. Verizon wireless determined that those IP addresses resolved to the cellular number attributed to MILEIKIS. Furthermore, the information from Verizon indicated that this account is in the name of person that was established to be MILEIKIS' deceased grandmother. The account information also revealed that in addition to the cellular number attributed to MILEIKIS, there are two other cellular lines under this account.

the residence.  MILEIKIS acknowledged the cell phone found in the garage (i.e., iPhone X) was his and confirmed that it was password protected.  MILEIKIS would not provide agents with the passcode for the iPhone X.  As such, on on-site forensic exam of the iPhone X could not be conducted.

21.     The iPhone X, with the other seized devices, were transported to the HSI forensic lab for analysis. In or about October 2019, utilizing a particular forensic tool, HSI Computer Forensic Agents were able to obtain the passcode for the iPhone X.  With the passcode, HSI was thereafter able to access the data from the iPhone X and conduct a forensic examination of the iPhone X.

22.     The investigation revealed that a telephone number and email address which was previously provided to U.S. Probation by MILEIKIS as his contact information in January 2019 were both located on the iPhone X.[6]  Additionally, forensic examination of the iPhone X revealed that Yahoo! was accessed on this device using the email address of clm8705@yahoo.com.[7]  Data on this device revealed this email address was also used to create an account for Tumblr. Furthermore, the forensic report indicated that the username for the Tumblr account registered on the iPhone X was "clm870518."

23.     Forensic examination of the iPhone X also located several photographs of MILEIKIS, including several "selfie" photographs.  At least one of those selfie photographs contained GPS data which came back to MILEIKIS' residence in Bourne.  Also, forensic exam

---

[6]  MILEIKIS is currently under the supervision of U.S. Probation in the District of Massachusetts stemming from an April 2011 conviction for two counts of armed robbery. In August 2011, MILEIKIS was sentenced to 110 months of incarceration followed by three years of supervised release. His supervised release period commenced on December 17, 2018.
[7]  This email address was used in the registration information for the Kik account that distributed a video depicting child pornography on January 6, 2019.  The Kik username for this account is "clm8705."

7

of the iPhone X revealed several voice messages on that device where the caller uses the name "Bryan" as the person the caller is leaving the message for. Additionally, one voicemail recovered from the iPhone X was from MILEIKIS' federal Probation Officer at that time.

24. Forensic examination of the iPhone X also located approximately 156 image and 22 video files depicting child pornography. These files were recovered from several different locations on the iPhone X's operating system, including in the photos application of the iPhone X. One such file, found on the iPhone X, was the same video depicting child pornography, distributed on Kik by username clm8705_qf8, which triggered the underlying investigation that is referenced in paragraph 17 above, and is described as follows:

> a.) IMG_1724.mp4 is approximately nine seconds in length and depicts a prepubescent, naked female child between the ages of 8-10 years old. The child is sitting on the floor, her breast exposed, with her legs spread open exposing her vagina. The child is repeatedly penetrating her vagina with an object.[8]

25. Forensic analysis of the iPhone X also determined that several screenshots were found taken from the Tumblr application. Also found on the iPhone X device and located on the file path identified as "/mobile/Media/DCIM/101Apple," were "FullSizeRender.jpg" files which corresponded with some of the screenshots taken from Tumblr. Based on the forensic report, I know that "FullSizeRender.jpg" files are created when an image is edited. It appears that these "FullSizeRender.jpg" files depict the same image as its corresponding screenshot but with the rest of the screenshots cropped out of the image, including the banner. As a result, the FullSizeRender.jpg files focus only on the child pornographic or child erotica image itself. I have

---

[8] A child pornographic image pulled from this video was previously shown to the Court in support of the search warrants issued in this case (*see* 19-mj-7160-JCB, 19-mj-7161-JCB, and 19-mj-7162-JCB).

reviewed approximately 20 of the "FullSizeRender.jpg files recovered from the iPhone X and believe that approximately 12 of those files depict child pornography while the majority of the remaining files depict child erotica.

26. Additionally, forensic exam of the iPhone X located a file entitled "IMG_1577.PNG" on the iPhone X. Specifically, "IMG_1577.PNG" is a file which is a screenshot from the Tumblr application and was created on the iPhone X on December 25, 2018 at 9:50:02 AM (UTC-5). This screenshot captured what appears to be the username of the Tumblr user who originally posted this image. I have viewed this file which consists of two partial pictures and one full picture. A corresponding FullSizRender.jpg file was found on the same iPhone X which only depicts the full picture. According to NCMEC, the full picture depicted in this screenshot is of an identified child. I have viewed this image and the full picture depicted in this file and believes it constitutes child pornography. I have viewed this image and the full picture depicted in this file contains child pornography and is described as follows:

> (a) This image depicts a prepubescent female child who is approximately between 6-8 years old. In this image, the child's face and breasts are visible. Additionally, a portion of what appears to be a penis is seen over the child's chest. A fluid, which appears to be semen, is observed on the child chest.[9]

27. As stated earlier, MILEIKIS was indicted on August 13, 2020. On or about September 21, 2020, I received CyberTip Report 75290278 (the "CyberTip"), dated July 30, 2020, from the HSI Cyber Crimes Center, which is outlined in paragraph 16 above. As described above,

---

[9] The image was described in the criminal complaint charging MILEIKIS with one count of Receipt of Child Pornography and one count of Possession of Child Pornography. He has subsequently been indicted for his possession/receipt of this image, among others.

NCMEC referred the CyberTip to HSI C3 because the username of the Subject Tumblr Account was similar to that of the Kik account that triggered the underlying investigation in this case.

28. The CyberTip received was in reference to possible files of child pornography that were posted on a Tumblr blog account, specifically the Subject Tumblr Account. The CyberTip identified the Subject Tumblr Account by the username of "clm870518." A Tumblr account with this same username was found by HSI during the forensic examination of the iPhone X seized from MILEIKIS' garage on June 11, 2019, pursuant to the federal search warrants, referenced in paragraphs 16-26 above. The CyberTip also indicated that the email address registered to the Subject Tumblr Account was "clm8705@yahoo.com." This email address was used in the registration information of the "clm8705" Kik account and was also located by HSI on the iPhone X during forensic examination.

29. Included in the CyberTip, Tumblr submitted 17 files, which consisted of a mix of images and videos, which were posted by the user of the Subject Tumblr Account. In the CyberTip, Tumblr indicated that the video and image files submitted with the CyberTip were a representative sample of the blogs contents for the Subject Tumblr Account. The CyberTip noted that a representative of Tumblr had reviewed the files included in the report but that NCMEC staff had not.

30. I have reviewed the 17 files provided by Tumblr and determined that they all depict minor-aged females, in various stages of undress, estimated to be between the ages of approximately one to sixteen years old. Based on my training and experience, I believe that 15 of those 17 files constitute child pornography as defined by 18 U.S.C. § 2256. Based on my training and experience, I believe the other two files contain child erotica. One of the fifteen child

pornographic files was posted by the user of the Subject Tumblr Account on November 17, 2018 at 02:11:30 EST and is described as the follows:

    a.    180197295477_0_npf_video.mp4 is a video that is approximately 1 minute and 50 seconds in duration and depicts a nude, prepubescent female estimated to be approximately 2-5 years old. The child is seen on a bed lying on her back while an adult male is spreading the child's legs apart exposing her vagina. The adult male is observed performing oral sex on the child.[10]

31.    In the CyberTip, Tumblr indicated that the blog had been terminated, so that it could no longer be accessed. Tumblr also indicated it will retain content and other data related to the Subject Tumblr Account for 90 days from the date of the CyberTip.

32.    Based on all of the foregoing, I submit that there is probable cause to believe that MILEIKIS is the user of the Subject Tumblr Account and the Subject Tumblr Account contains evidence, fruits, and instrumentalities of the Subject Offenses.

---

[10] To avoid unnecessary in-person interaction given the health concerns posed by the current COVID-19 pandemic, I am not providing a copy of this image to the Court. I am aware that the "preferred practice" in the First Circuit is that a magistrate view image that agents believe constitute child pornography by virtue of their depiction of the lascivious exhibition of a child's genitals. United States v. Brunette, 256 F.3d 14, 18-19 (1st Cir. 2001). Here, however, the description offered "conveys to the magistrate more than [my] mere opinion that the image constitutes child pornography." United States v. Burdulis, 753 F. 3d 255, 261 (1st Cir. 2014) (distinguishing Brunette). The child appears to be approximately 2-5 years old – clearly younger than 18 – and the image depicts the child engaged in sexual activity rather than the lascivious display of the child's genitals. See United States v. Syphers, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice is for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images *or provide a sufficiently specific description of the images* to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added). The description of the file here is specific as to the age of the alleged child and the nature of the sexually explicit conduct that it depicts, and the Court thus need not view the file to find that it depicts child pornography.

**LEGAL AUTHORITY**

33. Pursuant to 18 U.S.C. §§ 2703(a), (c)(1)(A), the government may obtain both electronic communications and subscriber information by obtaining a search warrant.

34. Any court with jurisdiction over the offense under investigation may issue a search warrant under 18 U.S.C. § 2703(a), regardless of the location of the Internet company whose information will be searched. *See* 18 U.S.C. § 2703(b)(1)(A). Furthermore, unlike other search warrants, § 2703 warrants do not require an officer to be present for service or execution of the search warrant. 18 U.S.C. § 2703(g). If the government obtains a search warrant, there is no requirement that either the government or the provider give notice to the subscriber. 18 U.S.C. §§ 2703(b)(1)(A), 2703(c)(3).

35. If the government obtains a search warrant, there is no requirement that either the government or the provider give notice to the subscriber. *See* 18 U.S.C. §§ 2703(b)(1)(A), 2703(c)(3).

**REQUEST TO SEAL AND PRECLUDE NOTICE TO THE SUBSCRIBER(S)**

36. I request that this application, the warrant, the order, and any related papers be sealed by the Court until such time as the Court pursuant to Local Rule 7.2 directs otherwise.

37. I further request that, pursuant to 18 U.S.C. §§ 2705(b) and 2703(b)(1)(A), the Court order Tumblr not to notify any person (including the subscribers or customers to which the materials relate) of the existence of this application, the warrant, the Order, or the execution of the warrant, for a period of one year from the date of this Order, or until notified by the government within thirty days of the conclusion of the investigation, whichever is earlier. Tumblr may disclose this Order to an attorney for Tumblr for the purposes of receiving legal advice.

38. Non-disclosure is appropriate in this case because the Court's order relates to an ongoing further criminal investigation and this aspect of the investigation is neither public nor known to the target of the investigation, and its disclosure may alert the target to the existence of this aspect of the investigation. There is accordingly reason to believe that notification of the existence of the Order will jeopardize this aspect of the investigation. *See* 18 U.S.C. § 2705(b).

### FOURTEEN-DAY RULE FOR EXECUTION OF THE WARRANT

39. Federal Rules of Criminal Procedure 41(e)(2)(A), (B) directs that a search warrant for electronic evidence be executed within 14 days of the warrant's issuance. If the Court issues this warrant, federal law enforcement will execute it not by entering the premises of Tumblr, as with a conventional warrant, but rather, by serving a copy of the warrant on Tumblr and awaiting production of the requested data. This practice is approved in 18 U.S.C. § 2703(g),[11] and it is generally a prudent one because it minimizes the government's intrusion onto internet companies' physical premises and the resulting disruption of their business practices.

40. Based on my training and experience and that of other law enforcement agents with whom I have consulted, I understand that e-mail and social media providers sometimes produce data in response to a search warrant outside the 14-day (formerly 10-day) period set forth in Rule 41 for execution of a warrant. I also understand that electronic communication companies sometimes produce data that was created or received after this 14-day deadline ("late-created data"). The United States does not ask for this extra data or participate in its production.

41. Should Tumblr produce late-created data in response to this warrant, I request

---

[11] Section 2703(g) provides that "[n]otwithstanding section 3105 of this title, the presence of an officer shall not be required for service or execution of a search warrant issued in accordance with this chapter requiring disclosure by a provider of electronic communications service or remote computing service of the contents of communications or records or other information pertaining to a subscriber to or customer of such service."

permission to view all late-created data that was created by Tumblr, including subscriber, IP address, logging, and other transactional data, without a further order of the Court. This information could also be obtained by grand jury subpoena or an order under 18 U.S.C. § 2703(d), neither of which contains a 14-day time limit. However, law enforcement personnel will seek to avoid reviewing any late-created data that was created by or received by the account-holder(s), such as messages, absent a follow-up warrant.

42. For these reasons, I request that the Court approve the procedures detailed in the Attachment B, which sets forth these limitations.

## CONCLUSION

43. Based on my training and experience, and the information described above, there is probable cause to believe that on the Tumblr Account outlined herein, there exists evidence, contraband, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A, as described in Attachments A and B.

Respectfully submitted,

_____
Special Agent Jason J. DeFreitas
Homeland Security Investigations

Subscribed and sworn to me telephonically in accordance with Fed. R. Crim. P.4.1 on January 15, 2021.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE